In the Matter of the Accounting of BANKERS TRUST COMPANY, as Successor Trustee under the Will of EMILY CHARLES, Deceased, Respondent. BANK OF NEW YORK AND FIFTH AVENUE BANK et al., as Executors of EMILY L. CHARLES, Deceased, et al., Respondents; LILLIAN E. C. FLATHER et al., Appellants.—

Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 741.]

MARGARET A. WENIGER, as Administratrix of the Estate of LOUIS F. WENIGER, Deceased, v. WEST INDIA STEAMSHIP COMPANY.—
Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See *ante*, p. 561.]

In the Matter of ANTHONY B. FUSCO et al., Respondents, against ROBERT MOSES, as Chairman of the Triborough Bridge and Tunnel Authority of the City of New York, Appellant.—
Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See *ante*, p. 737.]

HERMAN DRUCKER, Plaintiff, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY et al., Defendants. ANTHONY CORPOLONGO, Appellant, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY et al., Respondents.—
Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 652.]

LOUIS J. ROBBINS et al., Appellants, v. FRANK COHEN, Respondent, et al., Defendants.—
Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ. [See *ante*, p. 725.]

HARRY B. FRANK et al., Respondents, v. 11 WEST 42ND STREET, INC., Appellant.—
Present — Peck, P. J., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 742.]

MACEDO SOARES, INC., v. JOSE GUERTZENSTEIN.—
Present — Glennon, J. P., Dore, Cohn, Callahan and Shientag, JJ. [See *ante*, p. 744.]

ELFRIDA I. WESTERBERG v. TIDE WATER ASSOCIATED OIL COMPANY.—
Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See *ante*, p. 639.]